# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2267 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 178 DB 2014 |
| | : | |
| | : | Attorney Registration No. 82674 |
| v. | : | |
| | : | (Delaware County) |
| EDWARD CHARLES MALLOY, III | : | |
| | : | |
| Respondent | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of June, 2016, upon consideration of the Report and Recommendations of the Disciplinary Board, the Petition for Review, and the Office of Disciplinary Counsel's answer, Respondent Edward Charles Malloy, III, is suspended from the Bar of this Commonwealth for a period of five years, and he is directed to comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).

Justices Donohue and Wecht did not participate in the consideration or decision of this matter.